**Opinion issued June 28, 2012.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-11-01009-CV**

———————————

**CIENA CAPITAL FUNDING, LLC f/k/a BLX CAPITAL, LLC, Appellant**

**V.**

**INOC PROPERTIES, LP, INOC, INC., RODNEY K. GRAY, AND KOLLYE KILPATRICK, Appellees**

---

**On Appeal from the 506th District Court**
**Waller County, Texas**
**Trial Court Cause No. 11-09-21076**

---

**MEMORANDUM OPINION**

Appellant has filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.